UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW ROBERT ELMORE, )
)
Plaintiff, )
)
v. ) Civil Action No. 25-2274 (UNA)
)
NANCY MOTLEY/HAGOOD, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court GRANTS the application and, for the reasons stated below, DISMISSES the complaint and this civil action without prejudice.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted such that they might prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff appears to allege that defendants stole computers, money, vehicles, and real property, and demands their return. *See* Compl. at 4. Plaintiff neither identifies the property at issue, states the location of the property, nor indicates the property's value. The complaint also does not provide enough factual allegations regarding the torture plaintiff allegedly sustained, *see id.*, or demand any particular amount as compensation for his injuries. There are far too few factual allegations to state a viable legal claim.

As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8, and it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.


DATE: December 31, 2025          /s/
ANA C. REYES
United States District Judge